**Opinion filed December 16, 2010**



## In The

# Eleventh Court of Appeals

_____

## No. 11-10-00312-CR
_____

### RODOLFO HUMBERTO ROCHA, Appellant

### V.

### STATE OF TEXAS, Appellee

**On Appeal from the 19th District Court**

**McLennan County, Texas**

**Trial Court Cause No. 2009-1584-C1**

### M E M O R A N D U M   O P I N I O N

The trial court convicted Rodolfo Humberto Rocha, upon his plea of guilty, of aggravated assault. Pursuant to the plea bargain agreement, the trial court assessed his punishment at confinement for ten years. We dismiss.

The clerk's record reflects that the trial court imposed the sentence in open court on February 22, 2010. Appellant's notice of appeal was filed on September 10, 2010, 200 days after the date the sentence was imposed. The notice of appeal is not timely pursuant to TEX. R. APP. P. 26.2. Moreover, we note the trial court's certificate of right to appeal states that appellant has waived his right to appeal and that he has no right to appeal.

On November 16, 2010, the clerk of this court wrote the parties advising them that the notice of appeal appeared to be out of time and directing appellant to respond on or before December 6, 2010, showing grounds for continuing the appeal. There has been no response to our November 16 letter.

Absent a timely notice of appeal or the granting of a timely motion for extension of time, this court does not have jurisdiction to entertain an appeal. *Slaton v. State*, 981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-24 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108, 109-10 (Tex. Crim. App. 1993); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988). Appellant has not filed a timely notice of appeal or a timely motion for extension of time pursuant to TEX. R. APP. P. 26.3.

Therefore, the appeal is dismissed for want of jurisdiction.


PER CURIAM


December 16, 2010

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.